'08 MJ 2661

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 29 AM 10: 02
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No. |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF: |
| | ) | Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii) |
| v. | ) | Transportation of Illegal Aliens |
| 1.) Martin RAMOS-Granados, | ) | |
| 2.) Fernando VILCHIZ-Bautista | ) | |
| 3.) Erik CONTRERAS | ) | Title 8 U.S.C., Sec. 1324 (a)(2)(B)(iii) |
| | ) | Bringing in Illegal Aliens Without Presentation |
| Defendant(s) | ) | |

The undersigned complainant, being duly sworn, states:

## COUNT ONE

On or about **August 27, 2008**, within the Southern District of California, defendant **Martin RAMOS-Granados and Erik CONTRERAS** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Esperanza CRUZ-Camacho, Filogonio CRUZ-Camacho,** and **Maria Guadalupe SOLORIO-Arroyo** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

## COUNT TWO

On or about **August 27, 2008**, within the Southern District of California, defendant **Fernando VILCHIZ-Bautista**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Esperanza CRUZ-Camacho, Filogonio CRUZ-Camacho, Maria Guadalupe SOLORIO-Arroyo,** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **29th** DAY OF **AUGUST 2008**

William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Martin RAMOS-Granados
Fernando VILCHIZ-Bautista
Erik CONTRERAS

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Esperanza CRUZ-Camacho, Filogonio CRUZ-Camacho, Maria Guadalupe SOLORIO-Arroyo,** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 27, 2008, Supervisory Border Patrol Agent S. Morgan, was assigned Border Patrol duties in the area of Boulevard, California. At approximately 5:20 p.m., Agent Morgan responded to a seismic intrusion device located south of Tierra Del Sol Road. This area is Northeast of the Tecate, California Port of Entry. While enroute to the area Agent Morgan stopped to meet with Border Patrol Agent S. Gilson near mile marker 4 on Tierra Del Sol Road. Agent Gilson stated that he had just seen a white Dodge Durango driving southbound on Tierra Del Sol Road towards the area. While talking with Agent Gilson, Agent Morgan observed a white Dodge Durango now driving northbound from the area and pass their location. As it passed their location, Agent Morgan noticed a Hispanic driver and Hispanic passenger in the vehicle and both of them were looking forward and ignoring their presence as they drove by. Agent Gilson confirmed that it was the same vehicle he observed driving southbound approximately three minutes prior.

Agent Morgan turned his vehicle around and attempted to catch up to the vehicle to get a better look. It took Agent Morgan approximately three minutes to catch up to the vehicle traveling northbound on Tierra Del Sol Road at a high rate of speed. Agent Morgan finally was able to catch up to the Durango that was behind slow traffic on Old Highway 80 near the Golden Acorn Casino. The vehicle entered westbound Interstate 8 and was traveling the speed limit. Agent Morgan I pulled up alongside the vehicle to get a better look at the occupants. Agent Morgan noticed a large white sheet covering the entire back portion of the vehicle. The sheet was moving as if it had someone under it. This is a tactic used by alien smugglers to conceal the fact that they have several undocumented people in the vehicle. Agent Morgan was able to get a good look at the driver and passenger of the Durango. The driver was sitting upright and gripping the steering wheel tightly as if he was nervous. The passenger was looking at the driver and appeared to be talking to him. The vehicle continued westbound on Interstate 8 towards the Campo Border Patrol Station Interstate 8 Checkpoint which was fully operational.

At approximately 5:40 p.m., Border Patrol Agent B. Blanchard assigned to the San Diego Sector Smuggling Interdiction Group (SIG), was conducting anti-smuggling operations near Pine Valley, California. Agent Blanchard was positioned at the Interstate 8 eastbound off-ramp at the Kitchen Creek Road Exit when Agent Morgan radioed the Border Patrol Checkpoint that he was following a possible load vehicle towards the checkpoint. Agent Morgan attempted to conduct a vehicle stop in his marked Border Patrol vehicle. The vehicle failed to yield.

Agent Blanchard positioned himself at the top of the Kitchen Creek Exit westbound off-ramp in an attempt to deploy a controlled tire deflation device on the white Durango. However, Agent Blanchard was unable to successfully make ready the controlled tire deflation device before the white Durango passed Agent Blanchard's position.

CONTINUATION OF COMPLAINT:
Martin RAMOS-Granados
Fernando VILCHIZ-Bautista
Erik CONTRERAS

The vehicle sped through the stop sign without stopping and began driving southbound on Kitchen Creek Road. The vehicle then quickly pulled to the shoulder of the road and stopped. As Agent Morgan approached the vehicle, the driver, later to be determined as defendant **Erik CONTRERAS**, opened the door as if to exit the vehicle. Agent Morgan identified himself as a Border Patrol Agent and yelled at CONTRERAS to turn off the vehicle. As CONTRERAS was getting out of the vehicle, the engine revved as if someone pressed the accelerator pedal to the floor. Agent Morgan again yelled to CONTRERAS to turn off the engine. At that point, the car was put in gear and it sped off as CONTRERAS was almost run over. Agent Morgan immediately took CONTRERAS to the ground and placed him in handcuffs.

It appeared as if the front seat passenger immediately took operation of the acceleration and steering wheel of the Durango from the passenger seat and sped southbound on Kitchen Creek Road while Agent Morgan was detaining CONTRERAS. The Durango continued south and then east until losing control and rolling into a shallow ditch just north of Old Highway 80 and the Interstate 8 eastbound off-ramp. The Durango ended up on its passenger side. Border Patrol Agents quickly surrounded the upturned Durango and observed six individuals in the backseat of the Durango. Border Patrol Agent S. Sanner, identified herself as a United States Border Patrol Agent and checked the well being of the occupants. All occupants stated that they were alright and questioned the six individuals in the back of the Durango as to their citizenships. All six individuals claimed to citizens and nationals of Mexico without any immigration documents that would enable them to enter or remain in the United States legally. Agent Sanner placed the six illegal aliens in the back of the Durango under arrest. Agent Morgan recognized one of the six illegal aliens, subject later identified as defendant **Fernando VILCHIZ-Bautista**, as a known foot guide in the Campo Border Patrol Station area of operation.

As agents were surrounding the Durango in the ditch, a single individual fled on foot in a southeastern direction from the crashed vehicle. After a brief foot pursuit, Agent Blanchard was able to apprehend the individual, later identified as defendant **Martin RAMOS-Granados**, in small field immediately south of Old Highway 80 at approximately 5:49 p.m. Agent Blanchard identified himself as a United States Border Patrol Agent and immediately recognized the individual as the passenger from the Durango as it passed by him on the Kitchen Creek Exit westbound off-ramp not two-minutes earlier. All eight subjects were arrested and transported to the Campo Station for further processing.

**DEFENDANT STATEMENT (Martin RAMOS-Granados):**

The defendant was advised of his Miranda Rights. He stated that he understood his rights and was willing to speak without an attorney present. The defendant stated that he was a United States citizen.

When questioned about the events that led to his arrest today, RAMOS stated that he was asked by an unknown person if he wanted to make money by accompanying him to pick up undocumented aliens. He was told that if he simply came along he would be paid $500.00. RAMOS then met with this person at a unidentified gas station off of the Euclid Street Exit along Highway 94. He boarded the subject's white Dodge Durango and began traveling eastbound.

CONTINUATION OF COMPLAINT:
Martin RAMOS-Granados
Fernando VILCHIZ-Bautista
Erik CONTRERAS


RAMOS stated they spent some time waiting in the parking lot of the Golden Acorn Casino in Campo, California, before they drove southbound on an unidentified road nearby where they loaded the vehicle with undocumented aliens.

According to RAMOS, he became very scared when he saw a marked Border Patrol vehicle behind them attempting to conduct a vehicle stop. RAMOS confirmed that the driver of the vehicle yielded to the marked unit and even put the vehicle in the Parking gear position. RAMOS became upset and began yelling at the driver not to stop and demanded that he kept going. The driver did not concede and began to get out of the vehicle. This is when RAMOS admitted he reached across the dashboard and re engaged the vehicle into the Drive gear and violently stomped on the accelerator. RAMOS admitted he soon lost control of the vehicle while attempting to drive it from the passenger side at a high rate of speed.


**DEFENDANT STATEMENT (Fernando VILCHIZ-Bautista):**

The defendant was advised of his Miranda Rights. He stated that he understood his rights and did not ask for an attorney before providing the Agents with a statement. The defendant stated that he was a citizen and national of Mexico without valid immigration documents to enter or remain within the United States legally.

VILCHIZ freely admitted that he works as a foot guide for a man known as "Martin" for the last four months and pays VILCHIZ $200 per person he successfully smuggles. He stated that this event was his tenth attempt to smuggle a group of undocumented aliens into the United States.

VILCHIZ stated that on August 27, 2008, at approximately 10:00 a.m., Joel informed him that he had a group of undocumented aliens ready to be smuggled. VILCHIZ arrived at a convenience store at 11:00 a.m. to meet the group of undocumented aliens he was to smuggle. VILCHIZ hired a taxi to travel with the group from Tijuana, Mexico to the area where they crossed. VILCHIZ told the five aliens to tie pieces of a blanket to their feet and to follow him and do as he said. VILCHIZ crossed the border fence first followed by the rest of the group. Once all six were north of the border fence, he took the lead and guided them to the location where they were to be picked up by the white SUV. VILCHIZ saw the white SUV and flagged down the driver.

**DEFENDANT STATEMENT (Erik CONTRERAS):**

The defendant was advised of his Miranda Rights and indicated that he understood his rights and did not ask for an attorney before providing the Agents with a statement. The defendant stated that he was a United States citizen.

CONTRERAS claims to have met an old acquaintance with whom he lost touch with for three years. This individual known to CONTRERAS only as "Martin" or "Marty" asked if CONTRERAS was interested in making quick cash. Martin told CONTRERAS that he would be driving illegal aliens from the border into San Diego.

CONTINUATION OF COMPLAINT:
Martin RAMOS-Granados
Fernando VILCHIZ-Bautista
Erik CONTRERAS

CONTRERAS agreed to Martin's offer and gave Martin his cell phone number so that Martin's unknown smuggler friend could contact him for work when the situation arose.

One week later, CONTRERAS received a phone call from an unknown individual who asked if CONTRERAS was still interested in driving illegal aliens. CONTRERAS agreed and was instructed by the unknown smuggler to meet his associate at the Exxon Gas Station on Euclid Street off Highway 94 in San Diego, California. CONTRERAS arrived and he was instructed to pick-up an individual (later to be determined as Martin RAMOS). CONTRERAS was told that RAMOS would show CONTRERAS to the illegal aliens, all he would need to do was drive.

RAMOS instructed CONTRERAS to drive his white Dodge Durango to the Golden Acorn Casino, where they would wait until RAMOS received a phone call from the foot guide, alerting that the groups of illegal aliens were ready for pick-up. RAMOS soon received the call that the aliens were ready for pick-up, and CONTRERAS was instructed to drive for approximately one mile, where RAMOS told him to stop and six aliens entered his vehicle

## MATERIAL WITNESSES STATEMENTS:

Material Witnesses **Esperanza CRUZ-Camacho, Filogonio CRUZ-Camacho, Maria Guadalupe SOLORIO-Arroyo** stated that they are citizens and nationals of Mexico illegally present in the United States. They stated that arrangements had been made in Baja California, Mexico to be smuggled into the United States. All the material witnesses stated that they were to pay between $2,000.00 to $2,500.00 U.S. dollars to be smuggled to various parts of California.

James Trombley
Senior Patrol Agent

William McCurine Jr.
U.S. Magistrate Judge

8/29/08
Date